IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TONY AUSTIN GANT,　　　　　　　　　　　　　No. 2:15-cv-1536-MCE-CMK

　　　　　Plaintiff,

　　vs.　　　　　　　　　　　　　　　　　　　ORDER

REAL PROPERTY MANAGEMENT, INC.,

　　　　　Defendant.
　　　　　　　　　　　　　　　　　　/

　　　　　Plaintiff, proceeding in propria persona, brought this action in the Shasta County Superior Court. Defendant removed this action on July 16, 2015. Pending before the court is defendant's motion to dismiss (Doc. 6). No opposition to the pending motion has been filed. Therefore, pursuant to Eastern District of California Local Rule 230(c), the hearing scheduled for November 18, 2015, at 10:00 a.m. before the undersigned in Redding, California, is hereby taken off calendar and the matter submitted on the record and briefs without oral argument. This matter is also set for an initial scheduling conference on November 18, 2015. The court finds it appropriate to vacate the scheduling conference until the pending motion to remand has been resolved. Once the motion has been resolved, the court will reset a scheduling conference in this case if appropriate.

1   Accordingly, IT IS HEREBY ORDERED that the motion to dismiss set for
2  November 18, 2015, is taken off calendar and submitted on the record and briefs without oral
3  argument; and the scheduling conference set for November 18, 2015 is vacated, to be reset
4  following final resolution of the pending motion to dismiss, if appropriate.

 DATED: November 12, 2015

                                 _____
                                 **CRAIG M. KELLISON**
                                 UNITED STATES MAGISTRATE JUDGE