UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TONY AUSTIN GANT,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>REAL PROPERTY MANAGEMENT, INC.,<br><br>　　　　　　Defendants. | No. 2:15-cv-1536-MCE-CMK<br><br>**ORDER** |

　　　　Plaintiff, proceeding pro se, brings this civil action. The matter was referred to a United States Magistrate Judge pursuant to Eastern District of California local rules.

　　　　On January 12, 2016, the Magistrate Judge filed findings and recommendations herein which were served on the parties and which contained notice that the parties may file objections within a specified time. No objections to the findings and recommendations have been filed.

　　　　The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the Magistrate Judge's analysis.

　　　　Accordingly, IT IS HEREBY ORDERED that:

　　　　1.  The findings and recommendations filed January 12, 2016, are adopted in full;

/ / /

/ / /

1

2. Defendant's motion to dismiss (Doc. 8) is granted; and

3. Plaintiff's complaint is dismissed with limited leave to amend as to his claims for violation of the FHA, FEHA, or Unruh Act, only.

Dated:  March 29, 2016

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT